UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MELISSA SCHLEY, et al.,**

    **Plaintiffs,**

v.                                  Case No. 8:05-cv-2135-T-30MSS

**THE COLEMAN COMPANY, INC., et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #39). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party bearing their own fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-2135.dismissal 39.wpd